Case 21-20675    Doc 58    Filed 09/19/22    Entered 09/19/22 14:58:40    Page 1 of 2

$126.75
#283265

FILED
2022 SEP 19 P 1:58
CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

In re:
ADALBERTO GUZMAN

Debtor(s).

Case No. 21-20675-JJT

(CHAPTER 13)

## REPORT OF SMALL/UNCLAIMED DIVIDENDS

The undersigned trustee reports:

    The dividend(s) payable to the creditor(s) listed in Exhibit A hereto is (are) in an amount less than that Specified in Bankruptcy Rule 3010.

    More than ninety (90) days have passed since the final distribution. I have made a reasonable effort to locate those creditors who did not cash their checks within 90 days or whose checks were returned undeliverable. The dividend(s) payable to the creditor(s) listed in Exhibit A hereto remain unclaimed.

    Pursuant to Bankruptcy Rule 3010 or 3011, as applicable, and 11 U.S.C. §347(a), the undersigned trustee remits herewith a check in the total amount shown on Exhibit A for deposit into the United States Treasury, pursuant to chapter 129 of title 28.

DATED: September 13, 2022

*/s/ Roberta Napolitano, Trustee*
Roberta Napolitano, Trustee
Chapter 13 Standing Trustee
10 Columbus Blvd., 6th Floor
Hartford, CT 06106
Tel: (860) 278-9410
Email: rnapolitano@ch13rn.com
Federal Bar No.: tr08378

# EXHIBIT A

Case Name:     ADALBERTO GUZMAN
Case Number:   2120675

| Creditor Name and Address | Claim Number | Distrib. Amount | Small Dividend | Unclaimed Dividend |
|---|---|---|---|---|
| ADALBERTO GUZMAN<br>555 GRAHAM ROAD<br>SOUTH WINDSOR, CT 06074 | 899 | | | $17,126.75 |